■ Rosenman Colin Freund Lewis & Cohen v Carl H. Neuman. — Motion granted insofar as to modify this court's order entered on April 14, 1983, by adding the following sentence to the last paragraph of said order: "The clerk is directed to enter judgment in favor of plaintiff in the amount of $73,649.20." Concur — Sandler, J. P., Sullivan, Ross, Carro and Milonas, JJ. [93 AD2d 745.]

■ Marcia Kreitman et al., v Uzi Einy, Doing Business as Gal Realty. — Motion to vacate stay and for leave to appeal to the Court of Appeals granted and this court certifies the following question: "Was the order of this court, which modified the order and judgment (one paper) of the Supreme Court, properly made?" Concur — Kupferman, J. P., Sandler, Sullivan, Carro and Asch, JJ.

■ Syndicate Building Corp. v City of New York et al. Betty McMahon et al, v City of New York et al. — Motions for reargument of this court's order entered on April 9, 1981 (sub nom. Gannon Personnel Agency v City of New York, 81 AD2d 755), and for other relief, denied in their entirety, without prejudice to applications for appropriate postjudgment relief in the Supreme Court in light of O'Connor v City of New York (58 NY2d 184). Concur — Sandler, J. P., Ross, Carro and Fein, JJ.

(June 7, 1983)

■ The People of the State of New York, Respondent, v Carl Sutton, Appellant. — Appeal from judgment, Supreme Court, New York County (Aloysius Melia, J., at plea and sentence; Harold J. Rothwax, J., at suppression hearing), rendered on February 4, 1980, dismissed and the case is remanded to the Supreme Court, New York County, Trial Term, for dismissal of the indictment. All concur. No opinion. Present — Murphy, P. J., Sullivan, Ross, Bloom and Milonas, JJ.

■ In the Matter of Grand Jury Subpoena Served Upon Bekins Record Storage Co., Inc. Petitioner A. et al., Appellants; Robert M. Morgenthau, Respondent. — That portion of the order, relating to documents Nos. 38 and 145, of the Supreme Court, New York County (Harold Rothwax, J.), entered on March 1, 1983, determination of the appeal thereto having previously been held in abeyance by order of this court (94 AD2d 643), entered on May 10, 1983, is reversed, on the law, without costs and disbursements, and the subpoena quashed as to documents Nos. 38 and 145. Document No. 38 is an unexecuted agreement drafted by an attorney at the request of his client. Document No. 145 is a cover letter prepared by an attorney conveying a proposed agreement for execution in connection with a matter in which he was representing his client. Both documents constitute confidential communications made to a lawyer in the course of obtaining legal advice or services and are thus privileged. (Matter of Priest v Hennessy, 51 NY2d 62.) Concur — Murphy, P. J., Bloom, Fein, Milonas and Kassal, JJ.